# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| WILLIAM BUDLOVE, JR<br>v.<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA | FILED: MAY 28, 2008<br>08CV3084 J. N.<br>JUDGE CASTILLO<br>MAG. JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM BUDLOVE, JR, Plaintiff

| | |
|---|---|
| **NAME (Type or print)**<br>David A. Bryant | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ David A. Bryant | |
| **FIRM**<br>Daley, DeBofsky & Bryant | |
| **STREET ADDRESS**<br>55 W. Monroe Street Suite 2440 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06230803 | **TELEPHONE NUMBER**<br>312-372-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |