AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM BUDLOVE, JR

V.

LIFE INSURANCE COMPANY
OF NORTH AMERICA

CASE NUMBER: 08CV3084

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE NOLAN

**RECEIVED**
STATE OF ILLINOIS

MAY 2 9 2008

DEPT. OF INSURANCE
CHICAGO, ILLINOIS

TO: (Name and address of Defendant)

LIFE INSURANCE COMPANY OF NORTH AMERICA
c/o Illinois Division of Insurance
James R. Thompson Center
100 W. Randolph St., Suite 9-301
Chicago, IL 60601-3395

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Bryant
Daley, DeBofsky & Bryant
55 W. Monroe Street Suite 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
, be sure to uncheck
ons option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 29, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 5/29/08 |
| NAME OF SERVER (PRINT) Kalinda Piper | TITLE Office Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Illinois Division of Insurance 100 W Randolph St. Ste 9-301 Chicago, IL 60601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/29/08
                    Date

Signature of Server

55 W Monroe St Ste 2440  Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.