# United States District Court for the Northern District of Illinois

Case Number: 08CV3084     Assigned/Issued By: J. N.

Judge Name: castillo     Designated Magistrate Judge: nolan

## FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____     Receipt #: 2811361_____

Date Payment Rec'd: 5/28/08_____     Fiscal Clerk: j. n._____

## ISSUANCES

[✓] Summons                                    [ ] Alias Summons

[ ] Third Party Summons                        [ ] Lis Pendens

[ ] Non Wage Garnishment Summons               [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons         _____
                                                _____
                                                (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1____ Original and 0_____ copies on 5/28/08_____ as to defendant_____
                                        (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05