☏ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN    DISTRICT OF    ILLINOIS

WILLIAM BUDLOVE, JR.

Vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA

**APPEARANCE**

Case Number: 08 C 3084

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for LIFE INSURANCE COMPANY OF NORTH AMERICA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 10, 2008 | /s/Daniel K. Ryan |
| Date | Signature |
| | Daniel K. Ryan                06196616 |
| | Print Name                    Bar Number |
| | HINSHAW & CULBERTSON LLP - 222 N. LaSalle St. - S. 300 - |
| | Address |
| | Chicago          IL          60601 |
| | City           State         Zip Code |
| | (312) 704-3000          (312) 704-3001 |
| | Phone Number           Fax Number |

American LegalNet, Inc.
www.FormsWorkflow.com