☎ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN    DISTRICT OF    ILLINOIS

WILLIAM BUDLOVE, JR.

**APPEARANCE**

Vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA

Case Number: 08 C 3084

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for LIFE INSURANCE COMPANY OF NORTH AMERICA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 10, 2008 | /s/Peter E. Pedersen |
| Date | Signature |

| | |
|---|---|
| Peter E. Pedersen | 6270416 |
| Print Name | Bar Number |

HINSHAW & CULBERTSON LLP - 222 N. LaSalle St. - S. 300 -
Address

| | | |
|---|---|---|
| Chicago | IL | 60601 |
| City | State | Zip Code |

| | |
|---|---|
| (312) 704-3000 | (312) 704-3001 |
| Phone Number | Fax Number |

American LegalNet, Inc.
www.FormsWorkflow.com