IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BUDLOVE, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO: 08 C 3084 |
| ) | |
| LIFE INSURANCE COMPANY OF ) | JUDGE CASTILLO |
| NORTH AMERICA, ) | |
| ) | MAGISTRATE JUDGE NOLAN |
| Defendant. ) | |
| ) | |

**To:** David A. Bryant, Esq.
Daley, DeBofsky & Bryant
55 West Monroe Street
Suite 2440
Chicago, Illinois  60603
dabryant@ddbchicago.com

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on June 25, 2008, at 9:45 a.m., we will appear before the Honorable Judge Castillo, or any judge sitting in his stead, in courtroom 2141 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then present **Motion for Extension of Time.**

| | |
|---|---|
| Daniel K. Ryan<br>Peter E. Pederson<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street<br>Suite 300<br>Chicago, Illinois  60601-1081<br>(312) 704-3000<br>dryan@hinshawlaw.com<br>ppederson@hinshawlaw.com | Respectfully submitted:<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br><br>By:   /s/ Peter E. Pederson<br>        One of its attorneys |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on June 18, 2008, I e-filed this document using the Court's CM/ECF system, which will make copies available to all counsel of record.

               /s/ Peter E. Pederson

6331288v1 889535