# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

William Budlove Jr

                        Plaintiff,

v.                                                      Case No.: 1:08−cv−03084
                                                       Honorable Ruben Castillo

Life Insurance Company of North America

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant's motion for extension of time [9] is granted. Defendant to answer or otherwise plead to the complaint on or before 7/16/2008. Parties to file a joint status report on or before 7/21/2008. The Court will hold a status hearing in open court on 7/24/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.