# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

William Budlove Jr

                        Plaintiff,

v.                                             Case No.: 1:08−cv−03084
                                                 Honorable Ruben Castillo

Life Insurance Company of North America

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/24/2008 and continued to 8/28/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.