UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Budlove Jr
                                                Plaintiff,

v.                                                    Case No.: 1:08−cv−03084
                                                              Honorable Ruben Castillo

Life Insurance Company of North America
                                               Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: August 28, 2008

                                                                                 /s/ Ruben Castillo

                                                                           United States District Judge